UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-60673-WPD

MATTHEW COONEY,

    Plaintiff,

vs.

GULF COAST COLLECTION BUREAU INC.,

    Defendant.

_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court on the Joint Stipulation of Dismissal With Prejudice (the "Stipulation") [DE 16]. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 16] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 23rd day of August, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of Record